NOLAN NATHANIEL EDWARDS
Name
92423-071
Prison Number
FCC Coleman Medium
P.O. Box 1032
Coleman, Florida 33521
Address or Place of Confinement

FILED

2007 APR 24 AM 10: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Note: If represented by an attorney, write attorney's name, address & telephone number

## United States District Court

5:07-CV-00166-Oc-10GRJ

NOLAN NATHANIEL EDWARDS
Full Name (First, Middle, Last)

Petitioner,

vs.

CARLYLE I. HOLDER
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. _____
(to be supplied by the Clerk of the
United States District Court)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. __XX__ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. _____ a parole problem
6. _____ other

CAUTION: If you are attacking a federal conviction,
sentence or judgment, you must
first file a direct appeal or motion under
28 U.S.C. § 2255 in the federal court which
entered judgment.



PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 1 of 5

# PETITION

(1) Place of detention: FCC Coleman Medium, Coleman, Florida

(2) Name and location of court which imposed sentence: United States District Court Middle District of Florida

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed:
Conspiracy to possess with intent to distribute cocaine base; Possession with intent to distribute cocaine base.

(4) The date upon which sentence was imposed and the terms of the sentence:
August 28, 1997, Life for count's one and two to run concurrently.

(5) What was your plea (check one):   Not guilty (x)   Guilty ( )   Nolo contendere ( )

(6) Kind of trial (check one):   Jury (x)   Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes (x)   No ( )

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: Eleventh Circuit Court of Appeals
Grounds raised (list each):
  1) Whether there was sufficient evidence
  2) Whether the district court properly admitted evidence

Result/Date of result: Affirmed December 23, 1998

SECOND APPEAL:
Name of court: United States Supreme Court
Grounds raised (list each):
  1) Credibility Determination
  2) False Testimony which was shield from judicial review
Result/Date of result: Denied

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground. If necessary attach additional pages behind this page.

  CAUTION:   If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE THE ~~MANUAL~~ MANNER IN WHICH PETITIONER'S SENTENCE WAS EXECUTED

BY THE UNITED STATES ATTORNEY AND THE   (See Attachment page)

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

> CAUTION: You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

On January 27, 1997, the United States Attorney Charles R. Wilson for the Middle District, Tampa, Florida, filed an information with the court charging a criminal offense for an enhanced sentence based upon prior conviction for simple possession of cocaine in which resulted in a sentence of life imprisonment. The simple possession relied upon by the District   (See Attachment page)

GROUND TWO _____

_____

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

_____
_____
_____
_____
_____
_____

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )   No ( )   If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL    Level of appeal: _____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result: _____

SECOND ADMINISTRATIVE APPEAL    Level of appeal: _____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result _____

THIRD ADMINISTRATIVE APPEAL        Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

FOURTH ADMINISTRATIVE APPEAL       Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

(11) Is the grievance process completed?    Yes ( )    No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )    No (x)

(13) If your answer to Question #13 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court:_____ N/A _____
Nature of proceeding:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

SECOND PREVIOUS PETITION
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
Petitioner had no reasonable opportunity to obtain earlier judicial correction of a fundamental defect in his sentence because the law changed after his first § 2255.

(15)   Are you presently represented by counsel?

      Yes ( )          No ( x )

      If so, provide your attorney's name, address, and telephone number:

      _____
      _____

(16)   If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

      Yes ( )          No ( x )

      Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

*Nolen Edwards*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

April 23, 2007                         Nolen Edwards
(Date)                                     (Signature of Petitioner)

_____
(Signature of Attorney, if any)

# ATTACHMENT PAGE

## GROUND ONE

The manner in which Petitioner's sentence was executed by the United States Attorney and the United States District Court is now rejected jurisprudence pursuant to United States Supreme Court.

## Supporting Facts

On January 27th 1997, the United States Attorney Charles R. Wilson for the Middle District Tampa, Florida filed an information with the Court charged a criminal offense for an enhanced sentence based upon prior conviction for simple possession of cocaine in which resulted in a sentence of life imprisonment.

The simple possession relied upon by the District Court is now a none-existent felonious offense under federal law.